1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| JAMES B. TURNER and JOANNE K. LIPSON, husband and wife,<br><br>          Plaintiffs,<br><br>     v.<br><br>FRASER'S BOILER SERVICE, INC.;<br><br>          Defendants. | Case No. 2:13-cv-01747<br><br>**DEFENDANT KELLY-MOORE PAINT COMPANY, INC.'S SUPPLEMENTAL WITNESS DISCLOSURES** |

12

13

14

15

16

17

## PRELIMINARY STATEMENT

18

19

20

21

22

23

Kelly-Moore Paint Company, Inc. (herein referred to as "Kelly-Moore" or "Defendant") does not intend to vouch for all of the opinions which may be held by all of the persons designated herein.  By making such designations, Kelly-Moore does not necessarily adopt or concede the accuracy or correctness of all opinions by such individuals.  Further, the words and language used in the designations were prepared by counsel and are not intended to represent the exact words or language of the expert witness.

## FACT WITNESS DISCLOSURE

24

25

Kelly-Moore supplements its fact witness disclosure with the following additional witnesses:

26

RIZZO MATTINGLY BOSWORTH PC<br>1300 SW Sixth Avenue<br>Suite 330<br>Portland, OR 97201<br>T: 503.229.1819 | F: 503.229.0630

1    1.  Dan Eagen
          196 Southwest Freeman Avenue
2         Hillsboro, Oregon 97123
          C/O Hawkins Parnell Thackston & Young, LLP
3

4         Mr. Eagen was employed by Kelly-Moore as an outside sales representative in the

5    Seattle/Tacoma, Washington area from approximately 1973 through 1977.  Mr. Eagen may

6    testify about the joint compound market and sales of Kelly-Moore and Paco products in the

7    Seattle/Tacoma, Washington area in the 1970s.  He may also testify in regard to his knowledge

8    of specific drywall contractors and jobsites at issue in this case.

9
     2.  Harley Krone
10        3307 S 268th Street #32
          Kent, Washington 98032
11        (253) 852-6225

12        Mr. Krone was the owner of Krone Drywall in Kent, Washington from approximately

13   1961 until 1989.  Mr. Krone may testify about the joint compound and drywall market in

14   Washington in the 1970s.  He may also testify regarding the joint compound products purchased

15   
16   and used by Krone Drywall during the 1970s.

17
          Dated this 24 day of October, 2013.
18
                                              RIZZO MATTINGLY BOSWORTH PC
19

20
                                              By:_____
21                                            J. Michael Mattingly, WSB #33452
                                              mmattingly@rizzopc.com
22                                            Attorney for Kelly-Moore Paint Company,
                                              Inc.
23

24

25

26

RIZZO MATTINGLY BOSWORTH PC
1300 SW Sixth Avenue
Suite 330
Portland, OR 97201
T: 503.229.1819 | F: 503.229.0630

1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| JAMES B. TURNER and JOANNE K. LIPSON, husband and wife,<br><br>        Plaintiffs,<br><br>        v.<br><br>FRASER'S BOILER SERVICE, INC., et al,<br><br>        Defendants. | Case No. 2:13-cv-01747<br><br>**DECLARATION OF DELIVERY AND/OR MAILING** |

10

11

12

13

14

15     I am employed by the law firm of Rizzo Mattingly Bosworth PC in Portland, Oregon. I

16 am over the age of eighteen years and not a party to the subject cause. My business address is 1300 SW Sixth Avenue, Ste. 330, Portland, Oregon 97201.

17     On the date below, I electronically filed the foregoing **DEFENDANT KELLY-MOORE**

18 **PAINT COMPANY, INC.'S SUPPLEMENTAL WITNESS DISCLOSURES** with the Clerk of the Court using the CM/ECF system. In accordance with their ECF registration agreement

19 and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following attorneys:

20

21 <u>**VIA ECF**</u>
Matthew P. Bergman

22 Glenn S. Draper
Chandler H. Udo

23 Bergman Draper Ladenburg
614 First Avenue, Fourth Floor

24 Seattle, WA 98104
service@bergmanlegal.com

25 *Of Attorneys for Plaintiffs*

Jeffrey M. Wolf
Williams Kastner
6001 Union Street, Ste. 4100
Seattle, WA 98101
jwolf@williamskastner.com
*Of Attorneys for Hanson Permanente and Gypsum Company, Inc.*

26

1 - DECLARATION OF DELIVERY AND/OR MAILING

| | | |
|---|---|---|
| 1 | | |
| 2 | Marissa A. Alkhazov<br>Bree H. Kame'enui-Ramirez | Timothy K. Thorson<br>Carney Badley Spellman, PS |
| 3 | Betts Patterson Mines<br>701 Pike Street, Ste. 1400 | 701 Fifth Avenue, Ste. 3600<br>Seattle, WA 98104 |
| 4 | Seattle, WA 98101<br>malkhazov@bpmlaw.com | thorson@carneylaw.com<br>asbestos@carneylaw.com |
| 5 | bramirez@bpmlaw.com<br>betts-asbestos@bpmlaw.com | *Of Attorneys for Saberhagen Holdings, Inc.* |
| 6 | *Of Attorneys for Pfizer, Inc.* | |
| 7 | | Melissa K. Roeder |
| 8 | Brian D. Zeringer<br>Barry N. Mesher | Forsberg & Umlauf, PS<br>902 Fifth Avenue, Ste. 1400 |
| 9 | Sedgwick, LLP<br>520 Pike Street, Ste. 2200 | Seattle, WA 98164<br>mroeder@forsberg-umlauf.com |
| 10 | Seattle, WA 98101<br>Asbestos.seattle@sedgwicklaw.com | asbestos3@forsberg-umlauf.com<br>*Of Attorneys for Fraser's Boiler Service, Inc.* |
| 11 | Barry.mesher@sedgwicklaw.com<br>Brian.zeringer@sedgwicklaw.com | |
| 12 | *Of Attorneys for Georgia Pacific and<br>Crown Cork & Seal Company, Inc.* | |
| 13 | | |
| 14 | J. Scott Wood<br>Brian B. S mith | Howard (Terry) Hall<br>Wolfstone Panchot & Bloch |
| 15 | Foley & Mansfield PLLP<br>800 Fifth Avenue, Ste. 3850 | 111 Third Avenue, Ste. 1800<br>Seattle, WA 98101 |
| 16 | Seattle, WA 98104<br>Asbestos-sea@foleymansfield.com | thall@wpblaw.com<br>*Of Attorneys for Lone Star Industries, Inc.* |
| 17 | *Of Attorneys for Lone Star Industries, Inc.* | |
| 18 | | Katherine M. Steele |
| 19 | Walter E. Barton<br>Karr Tuttle Campbell | Williams, Kastner, & Gibbs<br>601 Union Street, Ste. 4100 |
| 20 | 1201 Third Avenue, Ste. 2900<br>Seattle, WA 98101 | Seattle, WA 98101<br>wkgasbestos@williamskastner.com |
| 21 | gbarton@karrtuttle.com<br>*Of Attorneys for Vigor Shipyards, Inc.* | *Of Attorneys for P-G Industries and<br>Murphy/Clark-Ullman, Inc.* |
| 22 | | |
| 23 | Robert G. Andre<br>Ogden Murphy Wallace, PLLC | Richard G. Gawlowski<br>Wilson Smith Cochran Dickerson |
| 24 | 1601 Fifth Avenue, Ste. 2100<br>Seattle, WA 98101 | 901 Fifth Avenue, Ste. 1700<br>Seattle, WA 98164 |
| 25 | randre@omwlaw.com<br>*Of Attorneys for Lockheed Shipbuliding &* | gawlowski@wscd.com<br>*Of Attorneys for Metropolitan Life Insurance* |
| 26 | *Oglebay Norton Company* | |

2 - DECLARATION OF DELIVERY AND/OR MAILING

RIZZO MATTINGLY BOSWORTH PC

1300 SW Sixth Avenue
Suite 330
Portland, OR 97201
T: 503.229.1819 | F: 503.229.0630

1

2   Mark Fucile                                    Meghan McMeel
    Daniel Reising                                 Elda Fox
3   Fucile & Reising, LLP                          Schiff Hardin LLP
    Portland Union Station                         One Market, 32nd Floor
4   800 NW 6th Avenue, Ste. 211         San Francisco, CA 94105
    Portland, Oregon 97209                         mmcmeel@schiffhardin.com
5   mark@frllp.com                                 efox@schiffhardin.com
    dan@frllp.com                                  *Of Attorneys for Owens-Illinois*
6   service@frllp.com
7   *Of Attorneys for Owens-Illinois*

8   Laura E. Kruse                                 Diane J. Kero
    Betts Patterson Mines                          Gordon Thomas Honeywell LLP
9   701 Pike Street, Ste. 1400                     600 University Street, Ste. 2100
    Seattle, WA 98101                              Seattle, WA 98101
10  lkruse@bmplaw.com                              AsbestosService@gth-law.com
11  *Of Attorneys for McCann-Shields Paint Co.*    *Of Attorneys for Foseco, Inc.*

12  Kevin J. Craig
    Mark B. Tuvim
13  Gordon & Reese, LLP
    701 Fifth Avenue, Ste. 2130
14  Seattle, WA 98104
15  mtuvim@gordonrees.com
    kcraig@gordonrees.com
16  *Of Attorneys for Asbestos Corp. Ltd.*

17

18          I declare under penalty of perjury and under the laws of the State of Washington (RCW
    9A.72.085) that the foregoing is true and correct.

19          Executed at Portland, Oregon, this 24th day of October, 2013.

20

21                                                 Courtney M. DeKrey
                                                   Paralegal
22

23

24

25

26

3 - DECLARATION OF DELIVERY AND/OR MAILING