UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES B. TURNER and JOANNE K. LIPSON, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>FRASER'S BOILER SERVICE, INC., et al.,<br><br>Defendants. | NO.  2:13-cv-01747<br><br>NOTICE OF ATTORNEY ASSOCATION |

TO:         Clerk of the Court;

AND TO:     All Parties

AND TO:     Their Counsel of Record

An Appearance is hereby filed by the undersigned as additional attorneys for Plaintiffs James B. Turner and Joanne K. Lipson, husband and wife, in the above captioned cause and requests that all further papers and pleadings herein, except original process, be served upon the undersigned additional attorneys at the address below stated.

NOTICE OF ATTORNEY ASSOCATION - 1
S:\Clients\T\TURNER, James\TurnerJ_Pleadings_USDC\TurnerJ_PLD_NOA_CHU.docx

BERGMAN DRAPER & LADENBURG, PLLC
614 FIRST AVENUE, FOURTH FLOOR
SEATTLE, WA 98104
TELEPHONE: 206.957.9510
FACSIMILE: 206.957.9549

DATED this 30th day of October, 2013.

BERGMAN DRAPER LADENBURG, PLLC

By: *s/Chandler H. Udo*

Chandler H. Udo, WSBA #40880
Bergman Draper Ladenburg, PLLC
614 First Avenue, 4th Floor
Seattle, WA 98104
Telephone: (206) 957-9510
Fax: (206) 957-9549
E-Mail:   Chandler@bergmanlegal.com
Attorneys for Plaintiffs

NOTICE OF ATTORNEY ASSOCATION - 2

BERGMAN DRAPER LADENBURG
614 FIRST AVENUE, THIRD FLOOR
SEATTLE, WA 98104
TELEPHONE: 206.957.9510
FACSIMILE: 206.957.9549