JUDGE THOMAS ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES B. TURNER and JOANNE K. LIPSON, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>FRASER'S BOILER SERVICE, INC., et al.,<br><br>Defendants. | NO. 2:13-cv-01747<br><br>DEFENDANT ON MARINE SERVICES COMPANY, LLC, FERRO ENGINEERING DIVISION'S JOINDER IN LOCKHEED SHIPBUILDING'S MOTION TO FILE TWO MOTIONS IN LIMINE<br><br>**NOTE ON MOTION CALENDAR: FRIDAY, NOVEMBER 1, 2013** |

Defendant ON Marine Services Company, LLC ("ON Marine") hereby joins in Defendant Lockheed Shipbuilding Company's ("Lockheed Shipbuilding") request for leave to file a second motion in limine. The analysis in Lockheed Shipbuilding's motion applies equally to ON Marine. Moreover, ON Marine has additional concerns regarding Plaintiffs' proffered expert testimony, which are set forth in detail in ON Marine's pending motion for summary judgment and which may require briefing somewhat in excess of this Court's normal page limits. Accordingly, ON Marine asks that the Court grant it leave to file two motions in limine or, in the alternative, to file an over-length motion in limine.

//

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

DATED this 1st day of November, 2013.

OGDEN MURPHY WALLACE, P.L.L.C.

By s/ Robert G. André
Robert G. André, WSBA #13072
Attorneys for Defendant
ON Marine Services Company, LLC, Ferro Engineering Division

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

## CERTIFICATE OF SERVICE

I certify under the laws of the United States of America that on the 1st day of November, I electronically filed the Declaration of Kevin J. Whyte with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Matthew P. Bergman
Bergman Draper Ladenburg
614 First Avenue
Third Floor
Seattle, Washington 98104
service@bergmanlegal.com
**Attorneys for Plaintiffs**

Randy Aliment
Williams Kastner & Gibbs
601 Union Street
Suite 4100
P.O. Box 21926
Seattle, Washington 98111-3926
wkgasbestos@williamskastner.com
**Attorneys for Seegott Holdings, Inc.**

Marissa Alkhazov
Betts Patterson Mines
701 Pike Street
Suite 1400
Seattle, Washington 98101
betts-asbestos@bpmlaw.com
**Attorneys for Pfizer, Inc.**

Gene Barton
Karr Tuttle Campbell
1201 Third Avenue
Suite 2900
Seattle, Washington 98101
gbarton@karrtuttle.com
**Attorneys for Todd Shipyards Corp.**

Mark J. Fucile
Fucile & Reising
115 Northwest 1st Avenue
Suite 401
Portland, Oregon 97209-4024
mark@frllp.com
**Attorneys for Owens-Illinois, Inc.**

Richard Gawlowski
Wilson Smith Cochran & Dickerson
901 Fifth Avenue
Suite 1700
Seattle, Washington 98164
metlifeasbestos@wscd.com
**Attorneys for Metropolitan Life Insurance Company**

Terry Hall
Wolfstone Panchot & Bloch
1111 Third Avenue
Suite 1800
Seattle, Washington 98101
asbestos@wpblaw.com
**Attorneys for Lone Star Industries, Inc.**

Laura Kruse
Betts Patterson Mines
701 Pike Street
Suite 1400
Seattle, Washington 98101
betts-asbestos@bpmlaw.com
**Attorneys for McCann Shields Paint Co.**

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

Mike Mattingly
Rizzo Mattingly Bosworth
411 Southwest 2nd Avenue
Suite 200
Portland, Oregon 97204
recordsmanagement@rizzopc.com
**Attorneys for Kelly Moore Paint Company, Inc.**

Diane Kero
Gordon Thomas
600 University Street
Suite 2100
Seattle, Washington 98101
service@gth-law.com
**Attorneys for Foseco, Inc., Union Carbide Corporation**

Barry N. Mesher
Sedgwick LLP
520 Pike Street
Suite 2200
Seattle, Washington 98101
asbestos.seattle@sedgwicklaw.com
**Attorneys for Crown Cork & Seal Company, Inc., Georgia-Pacific Corporation**

Melissa K. Roeder
Forsberg & Umlauf
901 Fifth Avenue
Suite 1400
Seattle, Washington 98164
asbestos3@forsberg-umlauf.com
**Attorneys for Fraser's Boiler Service, Inc.**

Katherine M. Steele
Williams Kastner Gibbs
601 Union Street
Suite 4100
Seattle, Washington 98101
wkgasbestos@williamskastner.com
**Attorneys for C.H. Murphy/Clark-Ullman, Inc., P-G Industries, Inc., Insulco, Inc.**

Timothy K. Thorson
Carney Badley Smith & Spellman
701 Fifth Avenue
Suite 3600
Seattle, Washington 98104
asbestos@carneylaw.com
**Attorneys for Saberhagen Holdings, Inc.**

Mark Tuvim
Gordon & Rees, LLP
701 Fifth Avenue
Suite 2130
Seattle, Washington 98104
asbestos-sea@gordonrees.com
**Attorneys for Asbestos Corporation Limited, Hedman Resources Limited**

Jeffrey Wolf
Williams Kastner & Gibbs
601 Union Street
Suite 4100
P.O. Box 21926
Seattle, Washington 98111-3926
wkgasbestos@williamskastner.com
**Attorneys for Hanson Permanente Cement, Inc., Kaiser Gypsum Company, Inc.**

J. Scott Wood
Foley & Mansfield
800 Fifth Avenue
Suite 3850
Seattle, Washington 98104
asbestos-sea@foleymansfield.com
**Attorneys for Lone Star Industries**

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

DATED this 1st day of November, 2013.

/s/Robert G. André

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215