UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES B. TURNER, et al.,

        Plaintiffs,

  v.

FRASER'S BOILER SERVICE, INC., et al.,

        Defendants.

C13-1747 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendants Lockheed Shipbuilding Company's and ON Marine Services Company, LLC's motions for leave to file multiple motions in limine, docket nos. 98 and 99, are GRANTED in part as follows. Each party may file as many motions in limine as desired, but all motions in limine shall be consolidated into one brief per party. Such brief shall not exceed forty (40) pages in length.

(2) Responses to motions in limine shall be consolidated into one brief per opposing party. In other words, each defendant may file one response brief, not to exceed forty (40) pages in length. If all seven remaining defendants file a motion in limine, plaintiffs may file seven responses, each of which shall not exceed forty (40) pages in length.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 4th day of November, 2013.

                                          William M. McCool
                                          Clerk

                                          s/Claudia Hawney
                                          Deputy Clerk

MINUTE ORDER - 1