UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES B. TURNER, et al., <br><br>　　　　　　Plaintiffs, <br><br>　　v. <br><br>LOCKHEED SHIPBUILDING COMPANY, et al., <br><br>　　　　　　Defendants. | C13-1747 TSZ <br><br> MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

　　　(1)　　The motion for summary judgment filed by defendant Pfizer Inc. ("Pfizer"), docket no. 87, is GRANTED. The Court will issue an order explaining its reasoning.

　　　(2)　　The following motions are STRICKEN as moot:

　　　　　(a)　　Pfizer's joinder, docket no. 120, in the motion for summary judgment filed by Lone Star Industries, Inc. ("Lone Star");

　　　　　(b)　　Pfizer's motions in limine, docket no. 122;

　　　　　(c)　　Pfizer's joinder, docket no. 174, in Lone Star's opposition to plaintiffs' motion for leave to file a second amended complaint; *see* Minute Order (docket no. 184); and

　　　　　(d)　　Pfizer's supplemental motions in limine, docket nos. 190 and 192, including the motion to "exclude every identified exposure opinion testimony of Carl Andrew Brodkin, M.D.," in which Lone Star has joined. The Court will address the scope of Dr. Brodkin's testimony in connection with other parties' motions in limine.

　　　(3)　　Pfizer's motion to exclude the testimony of Barry Castleman, docket no. 146, in which defendants Lockheed Shipbuilding Company and ON Marine Services

MINUTE ORDER - 1

Company, LLC, Ferro Engineering Division have joined, docket no. 152, shall remain pending.

    (4)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 22nd day of November, 2013.

                                       William M. McCool  
                                       Clerk

                                       s/Claudia Hawney  
                                       Deputy Clerk

MINUTE ORDER - 2