1

2

3

4

5

6
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

JAMES B. TURNER, et al.,

8
                    Plaintiffs,

9
        v.                                        C13-1747 TSZ

10
LOCKHEED SHIPBUILDING                             MINUTE ORDER
COMPANY, et al.,

11

12
                    Defendants.

13      The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

14      (1)     The motion for summary judgment brought by defendant Lone Star
Industries, Inc., successor-in-interest to Pioneer Sand & Gravel Company ("Lone Star"),
15 docket no. 89, is GRANTED in part, DENIED in part, and DEFERRED in part as
follows:

16

17          (a)     With regard to plaintiffs' claims for conspiracy, spoliation, willful or
        wanton misconduct, breach of warranty, and market-share liability, Lone Star's
        motion for summary judgment is GRANTED, and such claims are DISMISSED
18      with prejudice.

19          (b)     With regard to plaintiffs' claims relating to direct exposure to an
        asbestos-containing product from Lone Star, the motion is DENIED.  Genuine
20      disputes of material fact exist and preclude summary judgment.  Fed. R. Civ.
        P. 56(a).

21

            (c)     With regard to plaintiffs' claims relating to indirect exposure to an
22      asbestos-containing product from Lone Star, the motion is DEFERRED.

23

MINUTE ORDER - 1

(2)     Lone Star's motions in limine, docket nos. 125 & 139-1, are DEFERRED in part and STRICKEN in part as moot, as follows:

(a)     Lone Star's motions relating to (2) the testimony of Carl A. Brodkin, M.D.; (3) the testimony of William Longo, Ph.D.; (4) the testimony of Susan Raterman; (5) the testimony of William O. Brandt; (6) the testimony of plaintiff's co-workers concerning Insulag; and (7) governmental and nongovernmental reports, policies, commentaries, etc. are DEFERRED;

(b)     Lone Star's motions relating to (1) cumulative asbestos exposure; (8) appeals to passion or prejudice; and (9) references to Lone Star as a member of the "asbestos industry" are STRICKEN as moot in light of the Court's rulings concerning the motions in limine brought by Lockheed Shipbuilding Company and ON Marine Services Company, LLC, Ferro Engineering Division ("ON Marine").  Such rulings apply with respect to all parties, except as otherwise stated.  Plaintiffs may refer to Lone Star and ON Marine in a similar manner, with the same restrictions as stated in the Minute Order addressing ON Marine's motions in limine.

(3)     Counsel shall be prepared to address the deferred portion of the motion for summary judgment and the deferred motions in limine identified in Paragraph 2(a) at the Pretrial Conference scheduled for November 26, 2013, at 10:00 a.m.

(4)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 22nd day of November, 2013.

William M. McCool
Clerk

s/Claudia Hawney
Deputy Clerk

MINUTE ORDER - 2